UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ALIJAH BAILEY-THOMAS,

Defendant.

_______________________________________/

Case No. 1:26-MJ-412

HON. SALLY J. BERENS
U.S. Magistrate Judge

COMPLAINT
**PENALTY SHEET**

**Possession of Machineguns – 18 U.S.C. § 922(o)**

**Maximum Penalty**: Not more than 10 years' imprisonment and/or $250,000 fine.

(18 U.S.C. § 924(a)(2); 18 U.S.C. § 3571)

**Supervised Release**: Not more than 3 years.

(18 U.S.C. § 3583; 18 U.S.C. § 3559)

**Special Assessment**: $100

(18 U.S.C. § 3013)

Date: September 28, 2026

*/s/ Clint W. Westbrook*
Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046